## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Gregory A. Bayless, Jr., | : | Bankruptcy Case No. 20-20216-GLT |
| Debtor. | : | Chapter 13 |
| Gregory A. Bayless, Jr., | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 3 |
| NewRez, LLC d/b/a, | : | |
| Shellpoint Mortgage Servicing, | : | |
| Respondent. | : | |

### **<u>DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on May 11, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the proposed Plan even with the proposed change for June 1, 2021.

The new post-petition monthly payment payable to Respondent is $1,241.16, effective June 1, 2021, per the notice dated May 11, 2021. The Debtor's proposed Plan payment provides for a monthly payment to NewRez LLC, d/b/a Shellpoint Mortgage Servicing of $1,243.00. Therefore, Debtor's proposed Plan remains sufficient.

                                                                                                Respectfully Submitted,

Date: <u>May 28, 2021</u>                    <u>/s/Brian C. Thompson</u>
                                                     Brian C. Thompson, Esquire
                                                     Attorney for Debtor
                                                     PA I.D. # 91197
                                                     Thompson Law Group, P.C.
                                                     125 Warrendale Bayne Road, Suite 200
                                                     (724) 799-8404 Telephone
                                                     (724) 799-8409 Facsimile
                                                     bthompson@thompsonattorney.com