# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Gregory A. Bayless, Jr., | : | Bankruptcy Case No. 20-20216-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Gregory A. Bayless, Jr., | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 3 |
| NewRez, LLC d/b/a, | : | |
| Shellpoint Mortgage Servicing, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 28, 2021, on the parties listed below.

NewRez LLC d/b/a
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mary Vitartas, Authorized Agent
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: May 28, 2021

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com