FILED
12/2/21 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-20216-GLT |
| | ) | |
| Gregory A. Bayless, Jr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Gregory A. Bayless, Jr., | ) | Related to Document No 102 |
| | ) | |
| Movant, | ) | Rel. Claim No. 3 |
| vs. | ) | |
| | ) | |
| New Rez LLC, d/b/a/ Shellpoint | ) | |
| Mortgage Servicing | ) | |
| Creditor | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Ronda J. Winnecour, | ) | |
| Ch. 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

☐     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
        as to creditor _____

☒     Other:     Notice of Mortgage Payment Change filed by New Rez LLC. at claim number 3.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

-1-

**IT IS HEREBY ORDERED** that the

- ☐ Chapter 13 Plan dated
- ☒ Amended Chapter 13 Plan dated February 16, 2021

is modified as follows:

- ☒ Debtor(s) Plan payments shall be changed from **$ 1,525.00** to **$1,585.00** per month, effective December 1, 2021; .

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☐ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this  2nd  day of     December    , 2021

_____
United States Bankruptcy Judge

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Stipulated by:

/s/*Owen W. Katz*, Esquire
Owen W. Katz
PA ID: 36473
Attorney For Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

cm: all parties in interest served by the clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gregory A. Bayless, Jr.  
    Debtor

Case No. 20-20216-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2  
Date Rcvd: Dec 02, 2021     Form ID: pdf900     Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory A. Bayless, Jr., 71 Beagle Club Road, Washington, PA 15301-7181 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15186311 | | Avante USA, 29505 Gessner Road, Houston, TX 77056 |
| 15186313 | + | Canonsburg General Hospital, 100 Medical blvd., Canonsburg, PA 15317-9762 |
| 15224126 | | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15186312 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:23:57 | CACH, LLC, 4340 S. Monaco Street, 2nd Fl., Denver, CO 80237-3485 |
| 15214760 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:24:02 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15186314 | + | Email/Text: bankruptcy@usecapital.com | Dec 02 2021 23:12:00 | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 15186315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:24:01 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15197275 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:24:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15186317 | | Email/PDF: cbp@onemainfinancial.com | Dec 02 2021 23:24:06 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15186316 | ##+ | Ditech Financial LLC, PO Box 15009, Tempe, AZ 85284-0109 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian C. Thompson
  on behalf of Debtor Gregory A. Bayless  Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Charles Griffin Wohlrab
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Joshua I. Goldman
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Maria Miksich
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sshahjani@rascrane.com

TOTAL: 7