## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-20216-GLT |
| | ) | |
| Gregory A. Bayless, Jr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 8, 2023, at 9:30 A.M. |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Gregory A. Bayless, Jr.

2. This is an interim application for the period January 20, 2020 through January 13, 2023.

3. Previous retainer paid to Applicant: $750.00.

4. Previous interim compensation allowed to Applicant: $ 3,250.00

5. Applicant requests additional:
   Compensation of $3,987.50
   Reimbursement of Expenses of $136.48

6. An in-person hearing will be held on <u>February 8, 2023, at 9:30 A.M.</u> before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

   **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**.

7. Any written objections must be filed with the court and served on Applicant on or before <u>January 30, 2023</u>, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>January 13, 2023</u>   <u>/s/Brian C. Thompson</u>
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com