# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 20-20216-GLT |
| ) | |
| Gregory A. Bayless, Jr., ) | Chapter 13 |
| ) | |
| Debtor. ) | Document No. 121 |
| ) | |
| Thompson Law Group, P.C., ) | Related to Document No. 117, 118 |
| ) | |
| Applicant, ) | **Hearing date and time:** |
| vs. ) | February 8, 2023, at 9:30 A.M. |
| ) | |
| No Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 13, 2023, at Document No. 117 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 118, Objections were to be filed and served no later than January 30, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 117 be entered by the Court.

Date: January 31, 2023         /s/ Brian C. Thompson
                               Brian C. Thompson, Esquire
                               Attorney for Debtor
                               PA ID No. 91197
                               THOMPSON LAW GROUP, P.C.
                               125 Warrendale Bayne Road, Suite 200
                               Warrendale, PA 15086
                               (724) 799-8404 Telephone
                               (724) 799-8409 Facsimile
                               bthompson@thompsonattorney.com