Case 20-20216-GLT    Doc 123    Filed 02/03/23    Entered 02/04/23 00:33:40    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
2/1/23 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-20216-GLT |
| | ) | |
| Gregory A. Bayless, Jr., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 117 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 8, 2023, at 9:30 A.M. |
| | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

**AND NOW**, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$8,123.98** for services rendered on behalf of the Debtor for the period between January 20, 2020 through January 13, 2023, which represents $7,987.50 in attorney fees and $136.48 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by:  Brian Thompson, Esq.

**DEFAULT ENTRY**

Dated: February 01, 2023

_____
Gregory J. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20216-GLT |
| Gregory A. Bayless, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory A. Bayless, Jr., 71 Beagle Club Road, Washington, PA 15301-7181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Gregory A. Bayless Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sshahjani@rascrane.com

TOTAL: 7